FILED

Dennis Winters, Esquire
CA Bar Number 89872
WINTERS LAW FIRM
1820 East 17th Street
Santa Ana, CA 92705
Telephone: (714) 836-1381
Facsimile: (714) 542-2495

04 APR -2 PH 3: 35

[...] OF CALIFORNIA

BY _____ DEPUTY

Attorney for Plaintiff,
American Express Travel Related Services Company, Inc.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE
# CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| VEE VINHNEE, | |
| DEBTOR. | CASE NO. LA 03-29549 SB |
| AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., | ADV. NO. LA 03-02660 SB |
| PLAINTIFF, | |
| v. | DATE: March 25, 2004 |
| VEE VINHNEE, | TIME: 10:00 a.m. |
| DEFENDANT. | ROOM: 1575 |

## DECLARATION

I, the undersigned, state:

I am employed by American Express Travel Related Services Company, Inc. ("American Express"), plaintiff herein. The facts stated are within my personal knowledge. I am personally familiar with the computer hardware and software used by American Express in its billing and cardmember information system. I am also personally familiar with the credit card industry and the computer record keeping systems generally in use in the industry.



1   Storage of the cardmember information is on an IBM Mainframe Z390 Computer. American
2   Express has 22 of these computers currently in operation. The billing software is mainly performed
3   using the 'Triumph' software package purchased from Arthur Anderson. In addition to the 'Triumph'
4   software there is also the 'Legacy' software package.

5   The system that tracks and stores the Record's of Charges, (ROC's), is the World Wide Card
6   
7   Authorization System, (WWCAS). This system was written by American Expressed based on IBM
8   structure guidelines.

9   A Kodak Imaging System is used to image payments, correspondence, etc. for use in the
10  American Express network.

11  The hardware and software is reliable and has been in use for some time and is periodically
12  updated. The IBM mainframes are standard for the industry and are known for their reputation for
13  reliability. The software is recognized in the industry as appropriate and reliable for this use.
14  

15  I declare under penalty of perjury under the laws of the United States of America the
16  foregoing is true and correct.

17  Executed on _April 1, 2004_ at _PHOENIX AZ_

18  
19  _____
20  (Print name)        DAN GLEASON

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is: 1820 E. 17th Street, Santa Ana, California 92705.

On April 1, 2004, I served the foregoing document described as:

**DECLARATION**

by placing the true copies thereof enclosed in sealed envelopes addressed as stated:

Michael Gill
3699 Wilshire Blvd.
Ste 820
Los Angeles, CA 90010

Vee Vinhnee
5140 E. 28th St.
Long Beach, CA 90815

BY MAIL

As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Santa Ana California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation or postage meter date is more than one day after the of deposit for mailing in affidavit.

Executed on April 1, 2004, at Santa Ana, California.

I declare under penalty of perjury under the laws of the United States of America the foregoing is true and correct.

_____
Dennis Winters

"FILED"

**MARCUS GOMEZ, ESQ., SBN 89698**
**LAW OFFICES OF MARCUS GOMEZ, ESQ.**
12749 NORWALK BOULEVARD
SUITE 204-A
NORWALK, CALIFORNIA 90650
PHONE NO.: (562) 929-2309
FAX NO.: (562) 929-7409

04 APR -2 PM 3: 35

DJCC 1

Attorneys for Plaintiff
JOSE A. SALGADO

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Case No.: LA04-11670-SB |
| JOSE A. SALGADO, | ) NOTICE OF RULING |
| Debtor. | ) DATE: MARCH 24, 2004 |
| | ) TIME: 10:00 a.m. |
| | ) COURTROOM: 1575 |

PLEASE TAKE NOTICE THAT on March 24, 2004 the court granted Debtor's motion to vacate dismissal of Chapter 13 case.

Date: 3-25-04

_____
MARCUS GOMEZ

NOTICE OF RULING - 1

## PROOF OF SERVICE-1013a, 2015.5 C.C.P.

**STATE OF CALIFORNIA**        |
                                                  | ss.
**COUNTY OF LOS ANGELES**  |

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 12749 Norwalk Blvd., Suite 204-A, Norwalk, California 90650.

On March 25, 2004 I served upon all interested parties in this action the foregoing document(s) described as **NOTICE OF RULING** by mailing said documents to the following person(s) at the following address:

SEE ATTACHED:

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that this declaration is executed on March 25, 2004 at Norwalk, California.

_____
NICOLE E. CHAVEZ

- 1

SERVICE LIST

JOSE SALGADO
173 E. COLLEGE STREET
#247
COVINA, CALIFORNIA  91723


IN RE:

ATTORNEY FOR DEBTOR
MARCUS GOMEZ
12749 NORWALK BOULEVARD
SUITE 204-A
NORWALK, CALIFORNIA  90650


NANCY K. CURRY
606 SOUTH OLIVE STREET
SUITE 1850
LOS ANGELES, CALIFORNIA  90017


UNITED STATES TRUSTEE
725 S. FIGUEROA STREET
26TH FLOOR
LOS ANGELES, CALIFORNIA  91732


JESSE RODRIGUEZ
173 E. COLLEGE STREET
#247
COVINA, CA  91723


JOSE M. NUNEZ
1132 E. 77TH PL
LOS ANGELES, CALIFORNIA  90001


CALIFORNIA RECONVEYANCE CORP.
ACCT#: 404447
9301 CORBIN AVENUE
NORTHRIDGE, CALIFORNIA  91324

WASHINGTON MUTUAL BANK FA,
ACCT#: 51745685
P.O. BOX 1093
NORTHRIDGE, CA 91328